AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

TRANSACTION HOLDINGS LTD. L.L.C.,

        Plaintiff,

    V.

IYG HOLDING CO., 7-ELEVEN, INC., VCOM
FINANCIAL SERVICES, INC.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No.

TO:  Vcom Financial Services, Inc.
      c/o Corporation Services Company
      2711 Centerville Road, Suite 400
      Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Arthur G. Connolly, III, Esquire
      CONNOLLY BOVE LODGE & HUTZ LLP
      The Nemours Building
      1007 North Orange Street
      Post Office Box 2207
      Wilmington, Delaware 19899-2207
      Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

DATE: 1-23-06

(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/10/06 ||
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: VCOM FINANCIAL SERVICES, INC. C/O CORPORATION SERVICE CO. AT 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/10/06
              Date                        *Signature of Server*

DENORRIS BRITT
BRANDYWINE PROCESS SERVERS, LTD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.