IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-43 (SLR) |
| | ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., | ) | |
| VCOM FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff and Defendants hereby stipulate, through their undersigned counsel, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to May 22, 2006.

CONNOLLY BOVE LODGE & HUTZ LLP        POTTER ANDERSON & CORROON LLP

By: /s/ *Arthur G. Connolly, III*
    Arthur G. Connolly, III (#2667)
    James M. Lennon (#4570)
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    Tel: (302) 658-9141
    Fax: (302) 658-5614
    aconnollyiii@cblh.com
    jlennon@cblh.com

*Attorneys for Plaintiff*

By: /s/ *Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

729258