IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-43 (SLR) |
| | ) |
| IYG HOLDING CO., 7-ELEVEN, INC., | ) |
| VCOM FINANCIAL SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff and Defendants hereby stipulate, through their undersigned counsel, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to June 21, 2006.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Arthur G. Connolly III* | By: */s/ Richard L Horwitz* |
|   Arthur G. Connolly, III (#2667) |   Richard L. Horwitz (#2246) |
|   James M. Lennon (#4570) |   David E. Moore (#3983) |
|   The Nemours Building |   Hercules Plaza, 6th Floor |
|   1007 North Orange Street |   1313 N. Market Street |
|   Wilmington, DE 19801 |   P. O. Box 951 |
|   Tel: (302) 658-9141 |   Wilmington, Delaware 19801 |
|   Fax: (302) 658-5614 |   Tel: (302) 984-6000 |
|   aconnollyiii@cblh.com |   Fax: (302) 658-1192 |
|   jlennon@cblh.com |   rhorwitz@potteranderson.com |
|   |   dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

733030