IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IYG HOLDING CO., 7-ELEVEN, INC., )<br>VCOM FINANCIAL SERVICES, INC. )<br>)<br>Defendants. ) | C.A. No. 06-43 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Adam V. Floyd and Avelyn M. Ross of Vinson & Elkins L.L.P., The Terrace 7, 2801 Via Fortuna, Suite 100, Austin, Texas, to represent defendants IYG Holding Co., 7-Eleven, Inc., and VCom Financial Services, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Adam V. Floyd
Avelyn M. Ross
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612

Dated: June 23, 2006
738069

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants IYG Holding Co.,
7-Eleven, Inc. and VCom Financial Services, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                   _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 22, 2006     Signed:    /s/ Adam V. Floyd
                                   Adam V. Floyd
                                   VINSON & ELKINS L.L.P.
                                   The Terrace 7
                                   2801 Via Fortuna, Suite 100
                                   Austin, Texas 78746-7568
                                   Telephone: (512) 542-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Virginia and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 22, 2006    Signed: */s/ Avelyn M. Ross*
Avelyn M. Ross
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Telephone: (512) 542-8400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 23, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Arthur G. Connolly, III
James M. Lennon
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

I hereby certify that on June 23, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph S. Littenberg
Stephen F. Roth
Kevin M. Kocun
Lerner, David, Littenberg,
    Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
jlittenberg@ldlkm.com
sroth@ldlkm.com
kkocun@ldlkm.com

By:   /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737994