### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C., | : | |
| | : | |
| Plaintiff and | : | |
| Counterclaim-Defendant, | : | C.A. No. 06-43 (SLR) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| IYG HOLDING CO., 7-ELEVEN, INC., VCOM FINANCIAL SERVICES, INC., | : | |
| | : | |
| Defendants and | : | |
| Counterclaim-Plaintiffs. | : | |
| | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time in which Counterclaim-Defendant may answer, move or otherwise respond to the Counterclaim in this action is extended to August 4, 2006.

**CONNOLLY BOVE LODGE & HUTZ LLP**          **POTTER ANDERSON & CORROON LLP**

_/s/ Arthur G. Connolly, III_____          _/s/ David E. Moore_____
Arthur G. Connolly III (# 2667)                                Richard L. Horwitz (# 2246)
The Nemours Building                                             David E. Moore (#3983)
1007 North Orange Street                                         Hercules Plaza, 6th Floor
P.O. Box 2207                                                              1313 N. Market Street
Wilmington, DE 19899                                               P.O. Box 951
Phone: 302-658-9141                                                 Wilmington, DE 19801
Fax: 302-658-5614                                                      Phone: 302-984-6000
aconnollyiii@cblh.com                                               Fax: 302-658-1192
                                                                                     rhorwitz@potteranderson.com
*Attorneys for Plaintiff*                                               dmoore@potteranderson.com
*and Counterclaim-Defendant*

                                                                                     *Attorneys for Defendants*
                                                                                     *and Counterclaim-Plaintiffs*

SO ORDERED this _____ day of July, 2006.

_____
United States District Judge