IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-43 (SLR) |
| ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., ) | |
| VCOM FINANCIAL SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS IYG HOLDING CO.'S, 7-ELEVEN, INC.'S
AND VCOM FINANCIAL SERVICES, INC'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Defendants IYG Holding Co., 7-Eleven, Inc. and VCom Financial Services, Inc. file this disclosure pursuant to Federal Rule of Civil Procedure 7.1(a). Defendant 7-Eleven, Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Defendant VCom Financial Services, Inc. discloses that it is a wholly-owned subsidiary of 7-Eleven, Inc. Defendant IYG Holding Co. discloses that prior to the filing of this suit, on or about November 9, 2005, IYG Holding Co. was merged into 7-Eleven, Inc. and therefore no longer exists.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Adam V. Floyd
Avelyn M. Ross
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612

Dated: July 14, 2006
741269 / 30232

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
IYG Holding Co., 7-Eleven, Inc.
and VCom Financial Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 14, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Arthur G. Connolly, III
James M. Lennon
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

I hereby certify that on July 14, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph S. Littenberg
Stephen F. Roth
Kevin M. Kocun
Lerner, David, Littenberg,
    Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
jlittenberg@ldlkm.com
sroth@ldlkm.com
kkocun@ldlkm.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737994