## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C., | : | |
| | : | |
| Plaintiff and | : | |
| Counterclaim-Defendant, | : | C.A. No. 06-43 (SLR) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| IYG HOLDING CO., 7-ELEVEN, INC., VCOM FINANCIAL SERVICES, INC., | : | |
| | : | |
| Defendants and | : | |
| Counterclaim-Plaintiffs. | : | |
| | : | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time in which Counterclaim-Defendant may answer, move or otherwise respond to the Counterclaim in this action is extended to August 21, 2006.

**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ Arthur G. Connolly, III_____
Arthur G. Connolly III (# 2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-5614
aconnollyiii@cblh.com

*Attorneys for Plaintiff
and Counterclaim-Defendant*

**POTTER ANDERSON & CORROON LLP**

_/s/ David E. Moore_____
Richard L. Horwitz (# 2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
and Counterclaim-Plaintiffs*

SO ORDERED this _____ day of August, 2006.

_____
United States District Judge