## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C., | : | |
| | : | |
| Plaintiff and | : | |
| Counterclaim-Defendant, | : | C.A. No. 06-43 (SLR) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| IYG HOLDING CO., 7-ELEVEN, INC., VCOM | : | |
| FINANCIAL SERVICES, INC., | : | |
| | : | |
| Defendants and | : | |
| Counterclaim-Plaintiffs. | : | |
| | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the

Court, that the time in which Counterclaim-Defendant may answer, move or otherwise

respond to the Counterclaim in this action is extended to September 8, 2006.

**CONNOLLY BOVE LODGE & HUTZ LLP**          **POTTER ANDERSON & CORROON LLP**

_/s/ Arthur G. Connolly, III_____          _/s/ David E. Moore_____
Arthur G. Connolly III (# 2667)          Richard L. Horwitz (# 2246)
The Nemours Building          David E. Moore (#3983)
1007 North Orange Street          Hercules Plaza, 6th Floor
P.O. Box 2207          1313 N. Market Street
Wilmington, DE 19899          P.O. Box 951
Phone: 302-658-9141          Wilmington, DE 19801
Fax: 302-658-5614          Phone: 302-984-6000
aconnollyiii@cblh.com          Fax: 302-658-1192
          rhorwitz@potteranderson.com
*Attorneys for Plaintiff*          dmoore@potteranderson.com
*and Counterclaim-Defendant*
          *Attorneys for Defendants*
          *and Counterclaim-Plaintiffs*

SO ORDERED this _____ day of August, 2006.

_____
United States District Judge