# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C., : <br> : <br> Plaintiff and : <br> Counterclaim-Defendant, : <br> v. : <br> : <br> IYG HOLDING CO., 7-ELEVEN, INC., VCOM : <br> FINANCIAL SERVICES, INC., : <br> : <br> Defendants and : <br> Counterclaim-Plaintiffs. : <br> : | C.A. No. 06-43 (SLR) <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time in which Counterclaim-Defendant may answer, move or otherwise respond to the Counterclaim in this action is extended to October 9, 2006.

**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ Arthur G. Connolly, III_____
Arthur G. Connolly III (# 2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-5614
aconnollyiii@cblh.com

*Attorneys for Plaintiff
and Counterclaim-Defendant*

**POTTER ANDERSON & CORROON LLP**

_/s/ Richard L. Horwitz_____
Richard L. Horwitz (# 2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
and Counterclaim-Plaintiffs*

SO ORDERED this _____ day of September, 2006.

_____
United States District Judge