IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 06-43 (SLR) |
| v. ) | |
| ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., ) | **JURY TRIAL DEMANDED** |
| VCOM FINANCIAL SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendants IYG Holding Co., 7-Eleven, Inc. and VCom Financial Services, Inc. (hereinafter, "Defendants"), the firm of Vinson & Elkins LLP hereby withdraws its appearance as counsel for Defendants and the firm of Hogan & Hartson LLP hereby enters its appearance as counsel for Defendants. The firm of Potter Anderson & Corroon LLP will remain as co-counsel for Defendants in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899
    Tel: (302) 984-6000
    Fax: (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: October 2, 2006
752707 / 30232

*Attorneys for Defendants IYG Holding Co.,
7-Eleven, Inc. and VCom Financial Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 2, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

I hereby certify that on October 2, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph S. Littenberg
Stephen F. Roth
Kevin M. Kocun
Lerner, David, Littenberg,
    Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
jlittenberg@ldlkm.com
sroth@ldlkm.com
kkocun@ldlkm.com

By:   /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Potter Anderson & Corroon LLP
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

737994