IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-43 (SLR) |
| v. ) | |
| ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., ) | **JURY TRIAL DEMANDED** |
| VCOM FINANCIAL SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Eric J. Lobenfeld, Ira J. Schaefer, Arun Chandra, and Huangyong Gao of Hogan & Hartson LLP, 875 Third Avenue, New York, NY, 10022, to represent defendants IYG Holding Co., 7-Eleven, Inc., and VCom Financial Services, Inc., in this matter. Counsel further moves the admission pro hac vice of Edward R. Gallagher of NCR World Headquarters, 1700 South Patterson Blvd., Dayton, Ohio 45479.

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Arun Chandra
Huangyong Gao
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

Dated: October 5, 2006
752685

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants IYG Holding Co., 7-Eleven, Inc. and VCom Financial Services, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 5, 2006        Signed: */s/ Eric J. Lobenfeld*
　　　　　　　　　　　　　　　　　Eric J. Lobenfeld
　　　　　　　　　　　　　　　　　HOGAN & HARTSON LLP
　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　Tel: (212) 918-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 5, 2006          Signed:  */s/ Ira J. Schaefer*
                                         Ira J. Schaefer
                                         HOGAN & HARTSON LLP
                                         875 Third Avenue
                                         New York, NY 10022
                                         Tel: (212) 918-3000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 5, 2006        Signed:  */s/ Arun Chandra*
                                      Arun Chandra
                                      HOGAN & HARTSON LLP
                                      875 Third Avenue
                                      New York, NY 10022
                                      Tel: (212) 918-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 5, 2006            Signed: */s/ Huangyong Gao*
                                                                  Huangyong Gao
                                                                  HOGAN & HARTSON LLP
                                                                  875 Third Avenue
                                                                  New York, NY 10022
                                                                  Tel: (212) 918-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 5, 2006          Signed:  */s/ Edward R. Gallagher*
                                         Edward R. Gallagher
                                         NCR World Headquarters
                                         1700 S. Patterson Blvd.
                                         Dayton, OH 45479
                                         (937) 445-6435

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 5, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

I hereby certify that on October 5, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph S. Littenberg
Stephen F. Roth
Kevin M. Kocun
Lerner, David, Littenberg,
    Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
jlittenberg@ldlkm.com
sroth@ldlkm.com
kkocun@ldlkm.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737994