UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> IYG HOLDINGS CO., 7-ELEVEN, INC., VCOM : <br> FINANCIAL SERVICES, INC., : <br> : <br> Defendants. : <br> _____ x | Civil Action No. 06-43 (SLR) <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF TRANSACTION HOLDINGS LTD. L.L.C.'S REPLY TO DEFENDANTS' COUNTERCLAIM

Plaintiff Transaction Holdings Ltd. L.L.C. (hereinafter "Transaction Holdings"), pleads as follows in response to defendants' IYG Holding Co., 7-Eleven, Inc., and Vcom Financial Services, Inc.'s (collectively "defendants") counterclaims as set forth in paragraphs 19-23 of Defendants Answer, Defenses and Counterclaims:

19. Transaction Holdings admits that defendants' counterclaim is purportedly brought pursuant to 28 U.S.C. §§ 1338(a), 2201, and/or 2202 and that this Court has subject matter and jurisdiction to hear and decide this counterclaim.

20. Transaction Holdings denies that the patent-in-suit is invalid for failure to meet the conditions of Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 102, 103, and 112.

21. Transaction Holdings denies that the patent-in-suit is invalid in view of the prior art pursuant to 35 U.S.C. §§ 102 and 103.

22. Transaction Holdings denies that the defendants have not infringed any valid claim of the patent-in-suit.

23. Transaction Holdings denies that for the defendants this case is an exceptional case under 35 U.S.C. § 285 and denies that defendants are entitled to an award under 35 U.S.C. § 285.

WHEREFORE, Transaction Holdings prays for the following relief:

A. An order dismissing defendants' counterclaims with prejudice and denying the relief requested in such counterclaims.

B. An award of attorney fees and costs associated with Transaction Holdings' responses to defendants' counterclaims, including attorney fees and costs available pursuant to 35 U.S.C. § 285; and

C. Such other and further relief as this Court deems necessary and just.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel: 302.658.9141
Fax: 302.658.5614
*Attorneys for Plaintiff*
*Transaction Holdings Ltd. L.L.C.*

OF COUNSEL:
Joseph S. Littenberg
Stephen F. Roth
Kevin M. Kocun
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

Dated: October 9, 2006

492553_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

I FURTHER CERTIFY that on October 9, 2006, I have Electronically Mailed the foregoing document to the following non-registered participants:

Eric J. Lobenfeld, Esq.
Ira J. Schaefer, Esq.
Arun Chandra, Esq.
Huangyong Gao, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
ejlobenfeld@hhlaw.com
ijschaefer@hhlaw.com
achandra@hhlaw.com
hgao@hhlaw.com

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#460674_1