IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD., LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-43 (SLR) |
| | : | |
| v. | : | |
| | : | |
| IYG HOLDING CO., 7-ELEVEN, INC., and VCOM FINANCIAL SERVICES, INC. | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of Court:

    Please enter the appearance of Gregory B. Williams, of Fox Rothschild LLP, as counsel for Plaintiff Transaction Holdings Ltd., LLC in the above-captioned action.

    /s/ Gregory B. Williams
Gregory B. Williams (DE Attorney No. 4195)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, Delaware 19899
(302) 622-4211
(302) 656-8920 (fax)
gwilliams@foxrothschild.com

Date: November 28, 2006

## **CERTIFICATE OF SERVICE**

I, Gregory B. Williams, hereby certify that the foregoing Entry of Appearance was served, via U.S. Mail and CM/ECF, on this date on the following counsel of record:

Arthur G. Connolly, III
Connolly Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

David Ellis Moore
Potter Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899

/s/ Gregory B. Williams

Date: November 28, 2006