IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD., L.L.C., : | |
| : | |
| Plaintiff and : | |
| Counterclaim-Defendant, : | |
| v.   : | C.A. No. 06-43 (SLR) |
| : | |
| IYG HOLDING CO., 7-ELEVEN, INC., VCOM : | |
| FINANCIAL SERVICES, INC., : | |
| : | |
| Defendants and : | |
| Counterclaim-Plaintiffs. : | |
| : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Arthur G. Connolly, III and the law firm of Connolly Bove Lodge & Hutz LLP hereby withdraw as counsel for Plaintiff Transaction Holdings Ltd., L.L.C. in the above-captioned civil action.

                                                  CONNOLLY BOVE LODGE & HUTZ LLP

                                                  /s/Arthur G. Connolly, III
                                                  Arthur G. Connolly, III (#2667)
                                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                                  The Nemours Building
                                                  1007 N. Orange Street
                                                  P.O. Box 2207
                                                  Wilmington, DE 19899
                                                  (302) 658-9141

Dated: November 29, 2006

#502278v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2006, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Gregory B. Williams, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899

Eric J. Lobenfeld, Esq.
Ira J. Schaefer, Esq.
Arun Chandra, Esq.
Huangyong Gao, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

                                                    /s/Arthur G. Connolly, III
                                                    Arthur G. Connolly, III (#2667)

#492605_1