IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD., LLC, | : |
| Plaintiff, | : C.A. No. 06-43 (SLR) |
| v. | : |
| IYG HOLDING CO., 7-ELEVEN, INC., and VCOM FINANCIAL SERVICES, INC., | : |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gerard P. Norton and Jonathan R. Lagarenne of Fox Rothschild LLP, 990 Lenox Drive, Lawrenceville, New Jersey 08648, to represent Plaintiff, Transaction Holdings, Ltd., LLC, as co-counsel in the above-captioned matter.

FOX ROTHSCHILD LLP

By: /s/Gregory B. Williams   (#4195)
Gregory B. Williams, Esquire (#4195)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 622-411
Fax: (302) 656-8920
E-mail: gwilliams@foxrothschild.com

**Attorney for Plaintiff,
Transaction Holdings, Ltd., LLC**

Dated: December 5, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: December  1 , 2006

*Gerard P Norton*
Gerard P. Norton
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Phone: (609)844-3020
E-mail: gnorton@foxrothschild.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: December /s/ 1, 2006

Jonathan R. Lagarenne, Esquire
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Phone: (609)896-4588
E-mail: jlagarenne@foxrothschild.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 5th day of December, 2006, via CM/ECF, upon the following individuals:

    Richard L. Horowitz
    David Ellis Moore
    Potter Anderson & Corroon, LLP
    Hercules Plaza
    1313 N. Market Street, Sixth Floor
    P.O. Box 951
    Wilmington, DE 19899

    Eric J. Lobenfeld
    Ira J. Schaefer
    Arun Chandra
    Huangyong Gao
    Hogan & Hartson LLP
    875 Third Avenue
    New York, NY 10022

    /s/Gregory B. Williams
    Gregory B. Williams, Esquire (#4195)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD., LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-43 (SLR) |
| | : | |
| v. | : | |
| | : | |
| IYG HOLDING CO., 7-ELEVEN, INC., and VCOM FINANCIAL SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING MOTION**

AND NOW, this _____ day of December, 2006, it is hereby ORDERED that the motion for admission *pro hac vice* of Gerard P. Norton and Jonathan R. Lagarenne is GRANTED.

_____
United States District Judge