IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-43 (SLR) |
| | ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., | ) | |
| VCOM FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on December 13, 2006, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS IYG HOLDING CO., 7-ELEVEN, INC. AND VCOM FINANCIAL SERVICES, INC.'s FIRST SET OF INTERROGATORIES TO PLAINTIFF TRANSACTION HOLDINGS LTD. LLC

DEFENDANTS IYG HOLDING CO., 7-ELEVEN, INC. AND VCOM FINANCIAL SERVICES, INC.'s FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF TRANSACTION HOLDINGS LTD. LLC

**VIA HAND DELIVERY**

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

**VIA ELECTRONIC MAIL**

Jonathan R. Lagarenne
Fox Rothschild LLP
990 Lenox Drive
Lawrenceville, NJ 08648
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com

                                        POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Eric J. Lobenfeld | David E. Moore (#3983) |
| Ira J. Schaefer | Hercules Plaza, 6th Floor |
| Arun Chandra | 1313 N. Market Street |
| HOGAN & HARTSON L.L.P. | Wilmington, Delaware 19801 |
| 875 Third Avenue | Tel: (302) 984-6000 |
| New York, NY 10022 | Fax: (302) 658-1192 |
| Tel: (212) 918-3000 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |

Dated: December 13, 2006
767235 / 30232

*Attorneys for Defendants
IYG Holding Co., 7-Eleven, Inc.
and Vcom Financial Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 13, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on December 13, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Gerard P. Norton
Jonathan R. Lagarenne
Fox Rothschild LLP
990 Lenox Drive
Lawrenceville, NJ 08648
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com

By:    */s/ David E. Moore*
        Richard L. Horwitz
        David E. Moore
        Potter Anderson & Corroon LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

737994