IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IYG HOLDING CO., 7-ELEVEN, INC., )<br>VCOM FINANCIAL SERVICES, INC. )<br>)<br>Defendants. ) | C.A. No. 06-43 (SLR) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of Defendants IYG Holding Co., 7-Eleven, Inc. and Vcom Financial Services, Inc.'s Initial Disclosures Pursuant to Federal Rule 26(a)(1) were caused to be served on December 21, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

**VIA ELECTRONIC MAIL**

Gerard P. Norton
Jonathan R. Lagarenne
Fox Rothschild LLP
990 Lenox Drive
Lawrenceville, NJ 08648
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: /s/ David E. Moore |
| Eric J. Lobenfeld | Richard L. Horwitz (#2246) |
| Ira J. Schaefer | David E. Moore (#3983) |
| Arun Chandra | Hercules Plaza, 6th Floor |
| HOGAN & HARTSON L.L.P. | 1313 N. Market Street |
| 875 Third Avenue | Wilmington, Delaware 19801 |
| New York, NY 10022 | Tel: (302) 984-6000 |
| Tel: (212) 918-3000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: December 21, 2006 | *Attorneys for Defendants IYG Holding Co., 7-Eleven, Inc. and Vcom Financial Services, Inc.* |
| 768831 / 30232 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 21, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on December 21, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Gerard P. Norton
Jonathan R. Lagarenne
Fox Rothschild LLP
990 Lenox Drive
Lawrenceville, NJ 08648
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737994