IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 06-43 (SLR) |
| ) | |
| ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., ) | |
| and VCOM FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Gregory B. Williams, hereby certify that, on December 21, 2006, true and correct copies of Plaintiff's Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1) were served on the following counsel of record:

**VIA UNITED STATES & ELECTRONIC MAIL**
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

**VIA ELECTRONIC MAIL**
Eric J. Lobenfeld
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

/s/ Gregory B. Williams      (#4195)
Gregory B. Williams