IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IYG HOLDING CO., 7-ELEVEN, INC., ) <br> VCOM FINANCIAL SERVICES, INC. ) <br> ) <br> Defendants. ) | C.A. No. 06-43 (SLR) <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS IYG HOLDING CO., 7-ELEVEN, INC. AND
VCOM FINANCIAL SERVICES, INC.'s
MOTION FOR A STAY PENDING REEXAMINATION**

IYG Holding Co., 7-Eleven, Inc. and Vcom Financial Services, Inc. (collectively, "7-Eleven") hereby move this Court for a stay of this litigation pending resolution of a petition for reexamination of the patent-in-suit by the U.S. Patent and Trademark Office ("PTO").

7-Eleven's Motion is based upon the accompanying Opening Brief, the Declaration of David E. Moore, and the papers, records and pleadings on file with this Court in this Case.

Certification Pursuant to Local Rule 7.1.1. 7-Eleven certifies that its counsel has contacted counsel for Plaintiff about the attached motion and that Plaintiff is opposed to the relief sought in the motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Arun Chandra
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022

Dated:   January 26, 2007

774681 / 30232

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel:  (302) 984-6000
    Fax:  (302) 658-1192
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*
*IYG Holding Co., 7-Eleven, Inc.*
*and Vcom Financial Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 26, 2007, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on January 26, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Gerard P. Norton
Jonathan R. Lagarenne
Fox Rothschild LLP
990 Lenox Drive
Lawrenceville, NJ  08648
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com

By:   /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737994 / 30232