## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IYG HOLDING CO., 7-ELEVEN, INC., ) <br> VCOM FINANCIAL SERVICES, INC. ) <br> ) <br> Defendants. ) | C.A. No. 06-43 (SLR) <br><br> JURY TRIAL DEMANDED |

### ORDER

Upon consideration of Defendants IYG Holding Co., 7-Eleven, Inc. and Vcom Financial Services, Inc.'s Motion For A Stay Pending Reexamination;

IT IS SO ORDERED that Defendants IYG Holding Co., Eleven, Inc. and Vcom Financial Services, Inc.'s Motion For A Stay Pending Reexamination is GRANTED THIS _____ DAY OF _____, 2007.

_____
Chief Judge Sue L. Robinson