IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-43 (SLR) |
| | ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., | ) | **JURY TRIAL DEMANDED** |
| VCOM FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS IYG HOLDING CO., 7-ELEVEN, INC. AND VCOM FINANCIAL SERVICES, INC.'S RESPONSE TO THE MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW THEIR APPEARANCES

Defendants IYG Holding Co., 7-Eleven, Inc., and Vcom Financial Services, Inc. (collectively, "7-Eleven") do not oppose the motion of Gregory B. Williams, Gerard P. Norton, and Jonathan R. Lagarenne of Fox Rothschild LLP to withdraw their appearances on behalf of plaintiff (D.I. 29).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Arun Chandra
Huangyong Gao
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: January 29, 2007
774978 / 30232

*Attorneys for Defendants
IYG Holding Co., 7-Eleven, Inc.
and Vcom Financial Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 29, 2007, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on January 29, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Gerard P. Norton
Jonathan R. Lagarenne
Fox Rothschild LLP
990 Lenox Drive
Lawrenceville, NJ 08648
gnorton@foxrothschild.com
jlagarenne@foxrothschild.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

737994 / 30232