IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TRANSACTION HOLDINGS LTD. LLC, )
                                       )
       Plaintiff,           )
                                       )
  v.                                ) Civ. No. 06-043-SLR
                                       )
IYG HOLDING CO., 7-ELEVEN INC, )
and VCOM FINANCIAL SERVICES  )
INC.,                               )
                                       )
      Defendants.      )

O R D E R

At Wilmington this 8th day of February, 2007, having conferred with the parties, and having reviewed the motion by Fox Rothschild LLP to withdraw as counsel for plaintiff Transaction Holdings Ltd. LLC;

IT IS ORDERED that said motion (D.I. 29) is granted.

IT IS FURTHER ORDERED that the above captioned case is stayed for sixty days, until **April 9, 2007**, to allow plaintiff Transaction Holdings Ltd. LLC time to retain new counsel.[1] If counsel for plaintiff does not enter an appearance on or before **April 9, 2007**, the case shall be dismissed, without prejudice, for failure to prosecute.

                                                        /s/ Sue L. Robinson
                                                United States District Judge

---

[1] In Delaware, a corporation must be represented by an attorney. See James v. Daley and Lewis, et al., 406 F. Supp. 645, 648 (D. Del. 1976).