## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-043 SLR |
| | : |
| IYG HOLDING CO., 7-ELEVEN INC., and VCOM FINANCIAL SERVICES INC., | : |
| | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

Please enter the appearance of Gary W. Lipkin of Duane Morris LLP as attorney for Plaintiff, Transaction Holdings Ltd. LLC, in the above-captioned matter.

**DUANE MORRIS LLP**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Tel.: 302.657.4900
Fax: 302.657.4901

Of counsel:

Steven L. Friedman
Samuel W. Apicelli
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: 215.979.1000
Fax: 215.979.1020

L. Norwood Jameson
DUANE MORRIS LLP
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
Tel.:  404.253.6900
Fax:  404.253.6901

DATED:  April 9, 2007

**CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, do hereby certify that on April 9, 2007, I caused to be served a copy of the foregoing Entry of Appearance on the following counsel of record via e-filing:

> Richard L. Horowitz, Esq.
> David E. Moore, Esq.
> Potter Anderson & Corroon LLP
> 1313 N. Market St., 6th Floor
> Wilmington, DE 19801

/s/ Gary W. Lipkin (Del. I.D. No. 4044)

DM1\1088512.1