# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-043 SLR |
| | : | |
| IYG HOLDING CO., 7-ELEVEN INC., and VCOM FINANCIAL SERVICES INC., | : : : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven L. Friedman to represent Plaintiff, Transaction Holdings Ltd. LLC, for themselves and on behalf of all other similarly situated class members, in this matter.

**DUANE MORRIS LLP**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Tel.: 302.657.4900
Fax: 302.657.4901

Of counsel:

Steven L. Friedman
Samuel W. Apicelli
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: 215.979.1000
Fax: 215.979.1020

2

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                   United States District Judge

**CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, do hereby certify that on April 10, 2007, I caused to be served a copy of the foregoing Motion and Order for Admission Pro Hac Vice on the following counsel of record via e-filing:

>Richard L. Horowitz, Esq.
>David E. Moore, Esq.
>Potter Anderson & Corroon LLP
>1313 N. Market St., 6th Floor
>Wilmington, DE 19801

/s/ Gary W. Lipkin (Del. I.D. No. 4044)

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar in Pennsylvania, and, pursuant to Local Rule 83.5, submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: April 10, 2007

Steven L. Friedman

DM1\1089346.1