**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

GARY W. LIPKIN
DIRECT DIAL: 302.657.4903
E-MAIL: gwlipkin@duanemorris.com

www.duanemorris.com

April 27, 2007

VIA E-FILING AND HAND DELIVERY

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 N. King St.
Wilmington, DE 19801

Re:   *Transaction Holdings, Ltd. LLC v. IYG Holding Co., et al.,*
      C.A. No. 06-43 SLR

Dear Chief Judge Robinson:

We write to inform the Court that the parties have agreed, subject to Court approval, to stay the above-referenced action pending the outcome of the United States Patent & Trademark Office's reexamination of U.S. Patent No. 6,945,457, subject to the terms and conditions set forth in the attached Stipulation and Proposed Order. Should the Court grant the Stipulation and Proposed Order, the Discovery Conference presently scheduled for Wednesday, May 2, 2007 should be postponed.

As always, we are available if the Court has any questions or concerns.

Respectfully,

Gary W. Lipkin (#4044)

Enclosure
cc:   Clerk of Court (via e-filing, with enclosure)
      Richard L. Horwitz, Esq. (via e-filing, with enclosure)
      Steven L. Friedman, Esq. (via e-mail, with enclosure)
      Eric J. Lobenfeld, Esq. (via e-mail, with enclosure)