IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS, LTD. LLC, )<br>  )<br>  Plaintiff and )<br>  Counterclaim-Defendant )<br>  )<br>v.  )<br>  )<br>IYG HOLDING CO., 7-ELEVEN, INC., and )<br>VCOM FINANCIAL SERVICES, INC., )<br>  )<br>  Defendants and )<br>  Counterclaim-Plaintiffs. ) | C.A. No. 06-043 (SLR)<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND ORDER STAYING CASE PENDING
<u>REEXAMINATION OF THE PATENT-IN-SUIT</u>**

WHEREAS, this is an action for alleged infringement of U.S Patent No. 6,945,457 (the "'457 Patent"), and;

WHEREAS, the '457 Patent is currently the subject of ex parte reexamination No. 90/008323 pending in the United States Patent & Trademark Office (the "Reexamination Proceeding"), and;

WHEREAS, defendants have filed a Motion to Stay this action (D.I. 30, 31, 32) pending the outcome of the Reexamination Proceeding, and;

WHEREAS, plaintiff is willing to agree to a stay pending the outcome of the Reexamination Proceeding on the terms and conditions set forth in this Stipulation and Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.    This action be, and the same hereby is, stayed pending the final outcome of the Reexamination Proceeding, including any appeals therefrom, whether administrative or judicial.

2.    Defendants agree, on behalf of themselves and their agents, that they cannot and will not file another petition for reexamination of the '457 Patent during the pendency of this action; provided, however, that should any claims in the '457 Patent be amended in the Reexamination Proceeding, defendants reserve the right to file a petition for reexamination with respect to (and only to) such amended patent.

3.    Defendants agree not to raise the pendency of the Reexamination Proceeding or the delay it will cause as the basis for any laches defense in this action.

| **DUANE MORRIS LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| /s/ Gary W. Lipkin | /s/ David E. Moore |
| Gary W. Lipkin (# 4044) | Richard L. Horwitz (#2246) |
| 1100 North Market Street, Suite 1200 | David E. Moore (#3983) |
| Wilmington, DE  19801 | Hercules Plaza, 6th Floor |
| Tel.: 302-657-4900 | 1313 N. Market Street |
| Fax.: 302-657-4901 | P.O. Box 951 |
|  | Wilmington, DE  19801 |
| *Attorneys for Plaintiff and* | Tel: 302-984-6000 |
| *Counterclaim-Defendant* | Fax: 302-658-1192 |
|  | *Attorneys for Defendants and* |
|  | *Counterclaim-Plaintiffs* |

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Steven L. Friedman | Eric J. Lobenfeld |
| Samuel W. Apicelli | Ira J. Schaefer |
| DUANE MORRIS LLP | HOGAN & HARTSON LLP |
| 30 South 17th Street | 875 Third Avenue |
| Philadelphia, PA  19103-4196 | New York, NY  10022 |
| Tel: 215-979-1000 | Tel: 212-918-3000 |
| Fax: 215-979-1020 | Fax: 212-918-3100 |

SO ORDERED this ____ day of ____, 2007

_____
United States District Judge