IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> IYG HOLDING CO., 7-ELEVEN INC., : <br> and VCOM FINANCIAL SERVICES : <br> INC., : <br> : <br> Defendants. : | C.A. No. 06-043 SLR |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE of Kathaleen McCormick, Esq. of Duane Morris LLP, as attorney for Plaintiff, Transaction Holdings Ltd. LLC and withdraw the appearance of Gary W. Lipkin, Esq. in the above-captioned action.

| DUANE MORRIS LLP | DUANE MORRIS LLP |
|---|---|
| /s/ Kathaleen McCormick <br> Kathaleen McCormick (Bar I.D. No. 4579) <br> 1100 N. Market St., Suite 1200 <br> Wilmington, DE 19801 <br> (302) 657-4900 | /s/ Gary W. Lipkin <br> Gary W. Lipkin (Bar I.D. No. 4044) <br> 1100 N. Market St., Suite 1200 <br> Wilmington, DE 19801 <br> (302) 657-4900 |

## CERTIFICATE OF SERVICE

I, Kathaleen McCormick, do hereby certify that on June 8, 2007, I caused to be served a copy of the foregoing document on the following counsel of record via e-filing:

> Richard L. Horowitz, Esq.
> David E. Moore, Esq.
> Potter Anderson & Corroon LLP
> 1313 N. Market St., 6th Floor
> Wilmington, DE 19801

/s/ Kathaleen McCormick (Bar I.D. No. 4579)

DM1\1142358.1