IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANSACTION HOLDINGS LTD. LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-043 SLR |
| | : | |
| IYG HOLDING CO., 7-ELEVEN INC., and VCOM FINANCIAL SERVICES INC., | : : : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE of Daniel V. Folt, Esq. of Duane Morris LLP, as attorney for Plaintiff, Transaction Holdings Ltd. LLC and withdraw the appearance of Kathaleen McCormick, Esq. in the above-captioned action.

DUANE MORRIS LLP                                          DUANE MORRIS LLP

/s/ Kathaleen McCormick                                  /s/ Daniel V. Folt
Kathaleen McCormick (Bar I.D. No. 4579)   Daniel V. Folt (Bar I.D. No. 3143)
1100 N. Market St., Suite 1200                        1100 N. Market St., Suite 1200
Wilmington, DE 19801                                      Wilmington, DE 19801
(302) 657-4900                                                    (302) 657-4900

## CERTIFICATE OF SERVICE

I, Daniel V. Folt, do hereby certify that on July 19, 2007, I caused to be served a copy of the foregoing document on the following counsel of record via e-filing:

>Richard L. Horowitz, Esq.
>David E. Moore, Esq.
>Potter Anderson & Corroon LLP
>1313 N. Market St., 6th Floor
>Wilmington, DE 19801

/s/ Kathaleen S. McCormick (Del. I.D. No. 4579)