IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Transaction Holdings Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-043-SLR |
| IYG Holding Co., 7-Eleven Inc., Vcom Financial Services Inc. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Frederick L. Cottrell, III, Kelly E. Farnan and the firm of Richards, Layton & Finger in the above-captioned action as counsel to Plaintiff Transaction Holdings Ltd.

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff Transaction Holdings Ltd.

Dated: July 20, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel at the addresses and in the manner indicated below:

**HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Daniel V. Folt
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801

*Kelly E. Farnan*
Kelly E. Farnan (#4395)