IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD. L.L.C. | ) |
| | ) |
| v. | ) C.A. No. 06-43 (SLF) |
| | ) |
| IYG HOLDING CO., 7-ELEVEN, INC. | ) **Jury Trial Demanded** |
| VCOM FINANCIAL SERVICES, INC. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Daniel V. Folt of Duane Morris LLP hereby withdraws his appearance as counsel for Plaintiff, Transaction Holdings LTD. L.L.C.  Frederick L. Cottrell, III of Richards, Layton & Finger, P.A. remains counsel of record for Plaintiff.

**DUANE MORRIS LLP**

/s/  Daniel V. Folt
Daniel V. Folt (Del. I.D. No. 3143)
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Tel:  302.657.4900
Fax:  302.657.4901

**OF COUNSEL:**
Steven L. Friedman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
Tel: 215.979.1000
Fax:  215.979.1020

*Attorneys for Plaintiff*

Dated:  November 13, 2007

2

**CERTIFICATE OF SERVICE**

      I, Daniel V. Folt, do hereby certify that on November 13, 2007, I caused to be served a copy of the foregoing document on the following counsel of record via e-filing:

> Richard L. Horowitz, Esq.
> David E. Moore, Esq.
> Potter Anderson & Corroon LLP
> 1313 N. Market St., 6th Floor
> Wilmington, DE 19801

      /s/ Daniel V. Folt
      Daniel V. Folt (I.D. No. 3143)