IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSACTION HOLDINGS LTD., L.L.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C. A. No. 06-43-SLR |
| v. | ) |
| | ) |
| IYG HOLDING CO., 7-ELEVEN, INC., VCOM | ) |
| FINANCIAL SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Albert L. Jacobs, Jr., Gerrard Diebner and Daniel Ladlow to represent Plaintiff in this matter.

_____
Frederick L. Cottrell, III (#2555)

Of Counsel:                                  Cottrell@rlf.com
Albert L. Jacobs, Jr.                        Richards, Layton & Finger, P.A.
Gerrard Diebner                              One Rodney Square
Daniel Ladlow                                920 North King Street
Dreier LLP                                   Wilmington, DE 19801
499 Park Avenue                              302-651-7700
New York, NY  10022                          Attorneys for Plaintiff

Dated:  November  20 , 2007

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated:_____        _____
                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Albert L. Jacobs, Jr.

Albert L. Jacobs, Jr.
Dreier LLP
499 Park Avenue
New York, NY  10022

Dated: 11/19/07

**CERTIFICATION BY COUNSEL TO BE ADMITTED PR HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Gerard F. Diebner

Gerard F. Diebner
DREIER LLP
499 Park Avenue
New York, New York 10022

Dated: _November 19, 2007_

## CERTIFICATION BY COUNSEL TO BE ADMITTED PR HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Daniel A. Ladow

Daniel A. Ladow
DREIER LLP
499 Park Avenue
New York, New York 10022

Dated: _____ 11/19/07 _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2007, I electronically filed the foregoing

with the Clerk of Court using CM/ECF and caused the same to be served on counsel at the

addresses and in the manner indicated below:

**HAND DELIVERY**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE  19899-0951

Frederick L. Cottrell, III (#2555)