# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC, ) <br> ) <br> Plaintiff-Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> IYG HOLDING CO., 7-ELEVEN, INC., ) <br> VCOM FINANCIAL SERVICES, INC. and ) <br> CARDTRONICS USA, INC., ) <br> ) <br> Defendants-Counterclaimants. ) | C.A. No. 06-043-SLR/LPS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DEPOSITION TO AUTOMATED TRANSACTIONS LLC

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants IYG Holding Co.,[1] 7-Eleven, Inc., Vcom Financial Services, Inc. and Cardtronics, Inc. (collectively, "Defendants"), by and through their attorneys, will take the deposition of the individuals listed below, before a qualified notary public, commencing at the time and on the date set forth below, at the offices of Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022, or at such other time and place as the parties agree, and continuing from day to day thereafter until completed.

| **Deponent** | **Date and Time** |
|---|---|
| David M. Barcelou | May 3, 2010 at 9:30 a.m. EDT |
| Barbara E. Johnson | May 4, 2010 at 9:30 a.m. EDT |
| Michael I. Shamos | May 5, 2010 at 9:30 a.m. EDT |
| Gerard F. Diebner | May 6, 2010 at 9:30 a.m. EDT |
| Glenn M. Diehl | May 7, 2010 at 9:30 a.m. EDT |

---

[1] As stated in 7-Eleven's Answer, on or about November 9, 2005, the IYG Holding Co. was merged into 7-Eleven, Inc. and no longer exists. (Answer ¶ 1.)

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the method by which testimony shall be recorded will be by stenographic transcription and/or by videotape. You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Arun Chandra
Huangyong Gao
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022

Dated: April 12, 2010
961429 / 30232

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants-Counterclaimants IYG Holding Co., 7-Eleven, Inc., Vcom Financial Services, Inc. and Cardtronics USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 12, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 12, 2010, I have Electronically Mailed the document to the following person(s):

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Cottrell@rlf.com
farnan@rlf.com

Albert L. Jacobs, Jr.
Gerrard F. Diebner
Daniel A. Ladow
Timothy M. Salmon
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0700
Albert.Jacobs@troutmansanders.com
Gerard.Diebner@troutmansanders.com
daniel.ladow@troutmansanders.com
timothy.salmon@troutmansanders.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

767228 / 30232