# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IYG HOLDING CO., 7-ELEVEN, INC., ) <br> VCOM FINANCIAL SERVICES, INC. ) <br> and CARDTRONICS USA, INC., ) <br> ) <br> Defendants. ) | Civ. No. 06-043-SLR |

## MEMORANDUM ORDER

At Wilmington this 9th day of March, 2011, having heard oral argument on, and having reviewed the papers submitted in connection with, the parties' proposed claim construction;

IT IS ORDERED that the disputed claim language of the patents in suit, U.S. Patent Nos. 6,945,457 ("the '457 patent"), 7,571,850 ("the '850 patent"), 7,575,158 ("the '158 patent"), 7,591,420 ("the '420 patent") and 7,600,677 ("the '677 patent"), as identified by the above referenced parties, shall be construed consistent with the tenets of claim construction set forth by the United States Court of Appeals for the Federal Circuit in *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005), as follows:

1. "**Internet**" is a public network that is logically linked together by a globally unique address space. This definition is consistent with the understanding of one of skill in the art at the time of invention. (D.I. 204, J.A. 17 at ¶ 48)

2. **"An Internet interface"** is access to the Internet. ('457 patent, col. 2:1-3) This is also the construction required by plaintiff's prosecution disclaimer. (D.I. 204, JA 7 at 145)

                                              /s/
                                    United States District Judge