# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,          ) | |
|                                      ) | |
|    Plaintiff-Counterclaim Defendant,  ) | |
|                                      ) | |
|   v.                                  ) | C.A. No. 06-43-SLR |
|                                      ) | |
| IYG HOLDING CO., 7-ELEVEN, INC.,     ) | **JURY TRIAL DEMANDED** |
| VCOM FINANCIAL SERVICES, INC. and    ) | |
| CARDTRONICS USA, INC.  ,             ) | |
|                                      ) | |
|    Defendants-Counterclaimants.     ) | |

## NOTICE OF DEPOSITION TO AUTOMATED TRANSACTIONS LLC

     PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants IYG Holding Co., 7-Eleven, Inc., Vcom Financial Services, Inc. and Cardtronics, Inc. (collectively, "Defendants"), by and through their attorneys, will take the deposition of Christopher Andreadis before a qualified notary public on March 14, 2011, commencing at 9:30 a.m. EDT, at the offices of Troutman Sanders LLP, 405 Lexington Avenue, New York, NY 10174, or at such other time and place as the parties agree, and continuing from day to day thereafter until completed.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the method by which testimony shall be recorded will be by stenographic transcription and/or by videotape.  You are invited to attend and cross-examine.

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ David E. Moore* |
| Eric J. Lobenfeld | Richard L. Horwitz (#2246) |
| Ira J. Schaefer | David E. Moore (#3983) |
| Arlene L. Chow | Hercules Plaza, 6th Floor |
| Brian G. Strand | 1313 N. Market Street |
| HOGAN LOVELLS US LLP | Wilmington, Delaware 19801 |
| 875 Third Avenue | Tel: (302) 984-6000 |
| New York, NY 10022 | rhorwitz@potteranderson.com |
| Tel: (212) 918-3000 | dmoore@potteranderson.com |
|  | *Attorneys for Defendants-Counterclaimants IYG Holding Co., 7-Eleven, Inc., Vcom Financial Services, Inc. and Cardtronics USA, Inc.* |
| Dated: March 10, 2011 |  |
| 1004550 / 30232 |  |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 10, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 10, 2011, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Cottrell@rlf.com<br>farnan@rlf.com | Albert L. Jacobs, Jr.<br>Gerrard F. Diebner<br>Daniel A. Ladow<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0700<br>Albert.Jacobs@troutmansanders.com<br>Gerard.Diebner@troutmansanders.com<br>daniel.ladow@troutmansanders.com |

Jeffrey C. Morgan
Troutman Sanders LLP
600 Peachtree St NE, Suite 5200
Atlanta, GA  30308
Jeffrey.morgan@troutmansanders.com

                                              By:    */s/ David E. Moore*
                                                     Richard L. Horwitz
                                                     David E. Moore
                                                     Potter Anderson & Corroon LLP
                                                     Hercules Plaza, 6th Floor
                                                     1313 N. Market Street
                                                     Wilmington, DE  19899-0951
                                                     (302) 984-6000
                                                     rhorwitz@potteranderson.com
                                                     dmoore@potteranderson.com

767228 / 30232