THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMATED TRANSACTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-043-SLR |
| | ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., | ) | |
| VCOM FINANCIAL SERVICES, INC., and | ) | |
| CARDTRONICS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [~~PROPOSED~~] **AT** FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

The Court enters FINAL JUDGMENT pursuant to Fed. R. Civ. P. 54(b) (i) construing the term "Internet" to mean "a public network that is logically linked together by a globally unique address space" and construing the phrase "An Internet interface" to mean "access to the Internet"; (ii) granting Defendants' Motion for Summary Judgment of Non-Infringement and denying Plaintiff's Motion for Summary Judgment of Infringement of U.S. Patent Nos. 6,945,457 (the "'457 Patent"); 7,571,850; 7,591,420; 7,575,158; and 7,600,677; and (iii) granting Defendants' Motion for Summary Judgment that claims 1, 2, 3 and 5 of the '457 Patent are invalid as indefinite; all as set forth in the Court's orders of March 9, 2011 (D.I. 228, 229 and 230). The Court finds that there is no just reason for delay in entering judgment on these claims.

IT IS SO ORDERED this 9th day of June 2011

_____
United States District Judge